UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-8746-DMG (Ex) | Date | January 4, 2022 |
| Title | Jose Estrada v. Maria E. Gonzalez | Page | 1 of 2 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED AND WHY CROSS-DEFENDANT JUDITH ISHII SHOULD NOT BE DISMISSED**

Attorney Brenda Vargas first appeared on behalf of Defendant Maria Gonzalez at a status conference on August 2, 2021. At that hearing, the Court ordered Vargas to file a notice of appearance forthwith. [Doc. # 61.] Vargas attempted to file a notice of appearance on November 4, 2021, and successfully entered an appearance on November 14, 2021. [Doc. ## 88, 93.]

The final pretrial conference in this matter was scheduled for January 4, 2022. Vargas failed to appear on behalf of her client. At the hearing, Plaintiff's counsel informed the Court that Vargas had indicated she intends to withdraw as Defendant Gonzalez's counsel. Until Vargas *actually* withdraws as counsel, however, she is obligated to comply with all Court orders, including the Scheduling and Case Management Order, as modified on August 2, 2021. [Doc. ## 37, 61.]

Vargas is therefore **ORDERED TO SHOW CAUSE** why sanctions should not be imposed on her for her failure to appear at the final pretrial conference. Vargas's response shall be filed no later than **January 18, 2022**.

On August 31, 2021, Defendant Gonzalez filed a cross-complaint against cross-defendant Judith Ishii. [Doc. # 62.] It appears that Ishii has not been served. Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. *See* Fed. R. Civ. P. 4(m).

Accordingly, Defendant is **ORDERED TO SHOW CAUSE** in writing on or before **January 18, 2022** why the cross-complaint should not be dismissed. Failure to timely and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 19-8746-DMG (Ex) | Date | January 4, 2022 |
|---|---|---|---|
| Title | *Jose Estrada v. Maria E. Gonzalez* | Page | 2 of 2 |

satisfactorily respond will result in dismissal of Defendant's cross-complaint for lack of prosecution.

**IT IS SO ORDERED.**