CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff, JOSE ESTRADA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA, | Case No.: 2:19-CV-08746-DMG-E |
| Plaintiff, | **NOTICE OF SETTLEMENT AS TO DEFENDANT JANICE ROSALES ONLY** |
| v. | |
| MARIA E. GONZALEZ; JANICE ROSALES, | |
| Defendants. | |

The plaintiff hereby notifies the court that a settlement has been reached in the above-captioned case between Plaintiff and Defendant Janice Rosales, only. Plaintiff anticipates filing a dismissal as to Defendant Janice Rosales only within the next 60 days. This case remains at issue with respect to Defendant Maria E. Gonzalez.

CENTER FOR DISABILITY ACCESS

Dated: February 15 , 2022      By: /s/ Amanda Seabock
                               Amanda Seabock
                               Attorney for Plaintiff