CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

THE KARLIN LAW FIRM LLP
L. Scott Karlin (SBN 90605)
Michael J. Karlin (SBN 272442)
Rex T. Reeves (SBN 136842)
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
lsk@karlinlaw.com; mike@karlinlaw.com; rex@karlinlaw.com

Attorneys for Defendant
Janice Rosales

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA,<br><br>  Plaintiff,<br><br> v.<br><br>MARIA E. GONZALEZ; JANICE ROSALES,<br><br>  Defendants. | Case: 2:19-cv-08746-DMG-E<br><br>**JOINT STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO F.R.CIV.P. 41 (a) (2) AS TO DEFENDANT JANICE ROSALES ONLY** |

## **STIPULATION**

Pursuant to Fed. R. Civ. P. 41(a)(2), IT IS STIPULATED by and between parties hereto, that Defendant Janice Rosales (and no other party) may be dismissed from this action with prejudice; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as a result of settlement of this action.

Dated: March 15, 2022  CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff
Jose Estrada

Dated: March 15, 2022  THE KARLIN LAW FIRM LLP

By: /s/ Rex T. Reeves
Rex T. Reeves
Attorneys for Defendant
Janice Rosales

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Rex T. Reeves, counsel for Janice Rosales, and that I have obtained Mr. Reeves's authorization to affix his electronic signature to this document.

Dated: March 15, 2022            CENTER FOR DISABILITY ACCESS

                                 By: /s/ Amanda Seabock
                                     Amanda Seabock
                                     Attorneys for Plaintiff