UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARIA E. GONZALEZ; JANICE ROSALES,<br><br>　　　　Defendants. | Case: CV 19-8746-DMG (Ex)<br><br>**ORDER RE DISMISSAL OF DEFENDANT JANICE ROSALES [123]** |

　　Based on the parties' stipulation, and good cause appearing,

　　IT IS HEREBY ORDERED that Defendant Janice Rosales is dismissed from this action with prejudice. The parties shall bear their own fees and costs as to this dismissal.

DATED: March 15, 2022

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1