JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIA E. GONZALEZ,<br><br>　　　　　Defendant. | Case No. CV 19-8746-DMG (Ex)<br><br>**JUDGMENT** |

　　This Court having granted in part Plaintiff Jose Estrada's Motion for Summary Judgment and dismissed as moot the remaining portion of his claim by Order dated February 24, 2022,

　　IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff Jose Estrada and against Defendant Maria E. Gonzalez. Defendant is ORDERED to make the following changes or modifications in compliance with the 2010

Americans with Disabilities Act Standards for Accessible Design at the MoneyGram located at 2885 E. Florence Avenue in Huntington Park, California:

1. Provide an accessible entrance ramp in compliance with relevant 2010 ADA Standards for Accessible Design.
2. Keep and maintain these features as accessible at all times.

**IT IS SO ORDERED.**

DATED:  March 17, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE